PD-0954-15

NO. 03-13-00302-CR
IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

MARIO GAMEZ

V.

THE STATE OF TEXAS

FROM APPEAL NO. 03-13-00302-CR
TRIAL COURT CASE NO. D-1-DC-13-904036
TRAVIS COUNTY

FILED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, MARIO GAMEZ, PETITIONER, AND FILES THIS MOTION FOR AN EXTENTION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

I

THE PETITIONER WAS CONVICTED IN THE 147th DISTRICT COURT OF TRAVIS COUNTY, TEXAS OF THE OFFENSE OF CAPITAL MURDER IN CAUSE NO. 03-13-00302-CR, STYLED STATE OF TEXAS VS MARIO GAMEZ. THE PETITIONER APPEALED TO THE COURT OF APPEALS, 3rd SUPREME JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON JUNE 11, 2015.

II

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS, JULY 10, 2015. THE PETITIONER TIMELY FILED A MOTION FOR REHEARING ON EXTENTION OF TIME ON JUNE 17, 2015 AND HAS NOT RECEAVE A RESPONSE. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION FOR A "P.D.R" PRIOR TO THIS REQUEST.

III

PETITIONERS REQUEST FOR AN EXTENCION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL 6-17-15.
CC. FILE

SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON APPEAL, RICHARD E. WETZEL, HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FO DISCRETIONARY REVIEW. PETITIONER TIMELY FILE A MOTION FOR EXTENTION OF TIME FOR A REHEARING, WAITED 30 DAYS FOR A RESPONSE AND NOW FILES THIS MOTION TO THE COURT OF CRIMINAL APPEALS.

WHEREFORE, PETITIONER ~~HAS BEEN~~ PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEAD LINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CAUSE NO. 03-13-00302-CR to SEPTEMBER 8, 2015.

MARIO GAMEZ
PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
COFFIELD UNIT
TDCJ ID # 1850754
TENNESSEE COLONY, TEXAS, 75884

INMATE DECLARATION

I, MARIO GAMEZ, BEING CURRENTLY INCARCERATED IN THE T.D.C.J @ H.H. COFFIELD UNIT IN TENNESSEE COLONY, ANDERSON COUNTY, TEXAS, DECLARES UNDER THE PENALTY OF PERJURY THAT THE FOREGOING STATEMENT'S ARE TRUE AND CORRECT TO THE BEST OF APPELLANT UNDER PRO-SE KNOWLEDGE EXECUTED ON THIS 18th DAY OF JULY, 2015

RESPECTFULLY SUBMITTED,

Mario Gamez

C.C. FILE